John Robert Demos, JR.,

Plaintiff/Petitioner

vs.

The Governor of Massachusetts,

Defendant(s)/Respondent(s)

NO.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

RECEIVED OCT 27 2003

CA No. 03-12319-REK

I, John R. Demos, declare I am the plaintiff/petitioner in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or five security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present are *briefly* stated as follows: THE Royal Charters of England are Binding Contracts.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes   ▶ State the amount of your salary or wages per month, and give the name and address of your employer (list both gross and net salary):

   ☒ No   ▶ State the date of last employment and the amount of the salary and wages per month which you received:

2. In the past twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months:

COMPLETE REVERSE SIDE OF FORM ☞

## AFFIDAVIT OR DECLARATION
### IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, JoHN R. Demos, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1. Are you presently employed?   Yes ___   No ✓
   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received. ON oR AbouT 1/7/1988, I GRossed $375.00

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources?   Yes ___   No ✓

   a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

3. Do you own any cash or have a checking or savings account?   Yes ___   No ✓

   a. If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)   Yes ___   No ✓

   a. If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons. I HAvE No Dependents.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 10/22/ , 19 2003

John R. Demos
(Signature)

S A L E S   R E C E I P T

Sales Order Id:   1804815                           Sale Date:    06/02/2003

Location:  D05-049-E248     DOC#  : 0000287455      Name: DEMOS, JOHN

| QTY | I | ITEM CODE | ITEM NAME | STOCK LOC. | UNIT PRICE | EXT. PRICE | TAX1 | TOTAL PRICE |
|---|---|---|---|---|---|---|---|---|
| 2 | N | 4005 | A3D NALLEY'S SC & O CHIPS | | 0.68 | 1.36 | 0 | 1.36 |
| 2 | N | 2040 | F4A JELLY BEANS, GURLEY'S | | 0.80 | 1.60 | 0 | 1.60 |
| 2 | N | 2039 | F4C GURLEY'S, BUTTERSCOTCH | | 0.80 | 1.60 | 0 | 1.60 |
| 1 | N | 5313 | G1B HONEY 12OZ | | 2.29 | 2.29 | 0 | 2.29 |
| 2 | N | 3101 | G2C FIG BARS | | 2.27 | 4.54 | 0 | 4.54 |
| 4 | N | 2017 | G6B REDVINES | | 0.77 | 3.08 | 0 | 3.08 |
| 2 | N | 2026 | H5D GURLEY'S, LEMON DROPS | | 0.80 | 1.60 | 0 | 1.60 |
| | | | | | TOTAL 16.07 | | 0 | 16.07 |

Spendable Balance (after sale):        2.95

Debt Created:


Offender  _____       Date  _____
          I ACCEPT THIS ORDER

Officer   _____       Date  _____
          INDICATE DISCREPANCIES BELOW