```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

JOHN ROBERT DEMOS,             )
        Petitioner,            )
                               )   Civil Action No. 03-12319-REK
        v.                     )
UNITED STATES OF AMERICA,      )
        Respondent.            )
```

MEMORANDUM AND ORDER OF DISMISSAL

Petitioner John R. Demos, now incarcerated at Stafford Creek Correctional Center in Washington, filed his self-prepared Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 accompanied by an Application to Proceed Without Prepayment of Fees ("IFP Application").

A review of petitioner's litigation history in this district reveals that his IFP Application was denied in Demos v. Picard, C.A. No. 00-11195-REK because he was deemed to have had three strikes under 28 U.S.C. § 1915(g).  Although the In Forma Pauperis statute states that "a prisoner [who] brings a civil action or files an appeal in forma pauperis ... shall be required to pay the full amount of a filing fee," 28 U.S.C. §1915(b)(1), the First Circuit has held that the Act "does not apply to habeas petitions prosecuted in federal courts by state prisoners" because Congress did not intend to include habeas actions under the "civil action" label.  See Martin v. Bissonette, 118 F.3d 871, 874 (1st Cir. 1997).  Because Petitioner appears unable to pay the cost of commencing this action, his IFP

Application will be allowed.

However, a writ of habeas corpus must be "directed to the person having custody of the person detained." 28 U.S.C. § 2243. The court issuing the writ must have personal jurisdiction over the person who holds the petitioner in custody. Vasquez v. Reno, 233 F.3d 688, 690 (1st Cir. 2000), petition for cert. filed, No. 00-1719 (Mar. 8, 2001)(citing Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 495 (1973)).

The Petitioner's custodian is the warden of Stafford Creek Correctional Center; the individual having day-to-day control over the facility in which Petitioner is being detained. Id. at 694. This court does not have personal jurisdiction over the warden and will therefore DISMISS this Petition.

Based on the foregoing, it is hereby ORDERED that:

1. The Application to Proceed In Forma Pauperis is ALLOWED.

2. The Clerk shall (a) docket the Petition for Writ of Habeas Corpus (b) docket the IFP Application; and (c) correct the docket to list petitioner's address as Stafford Creek Correctional Center, 191 Constantine Way, Aberdeen, WA 98520.

3. The Petition for Writ of Habeas Corpus is Dismissed.

4. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated at Boston, Massachusetts, this 30th day of December, 2003.

>   /s Robert E. Keeton  
> ROBERT E. KEETON  
> UNITED STATES SENIOR DISTRICT JUDGE