AO 243 (Rev. 5/85)

28 USC 2241,

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District OF MAssAchuseTTs |
|---|---|

| Name of Movant | Prisoner No. | Case No. |
|---|---|---|
| John RobeRT Demos | 287955 | |

Place of Confinement: STAFFoRd CREEK CoRRECTIONAl CenTeR

| UNITED STATES OF AMERICA | v. John RobeRT Demos |
|---|---|
| | (name under which convicted) |

03-12319

**MOTION** Referred to Ch. MJ MBBowler
The KING

1. Name and location of court which entered the judgment of conviction under attack: **CounTy SuPERioR CouRT oF SeATTlE, WA**

2. Date of judgment of conviction: **6/7/1978**

3. Length of sentence: **LiFE**

4. Nature of offense involved (all counts): **1st DEGREE BURGLARY**

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:
   (a) Name of court _STATE COURT OF APPEALS_
   (b) Result _Denied_
   (c) Date of result _ON OR ABOUT 1/7/1980_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court _STATE SUPREME COURT_
        (2) Nature of proceeding _HABEAS CORPUS_

        (3) Grounds raised _INEFFECTIVE ASSISTANCE_
        _DOUBLE JEOPARDY_
        _PROSECUTORIAL MISCONDUCT_


        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐ No ☑

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:
        (1) Name of court _U.S. DISTRICT COURT OF SEATTLE, WA._
        (2) Nature of proceeding _HABEAS CORPUS_

        (3) Grounds raised _LACK OF IN PERSONAM JURISDICTION_




(3)

AO 243 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result_____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☒ No ☐
    (2) Second petition, etc.    Yes ☒ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

<u>CAUTION</u>: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.

GROUNDS FOR RELIEF:

COUNT #1:

I WAS NOT "INDICTED".

PER THE 5th AMENDMENT OF THE U.S. CONSTITUTION,

ALL PERSONS CHARGED WITH A FELONY SHALL BE PROCEEDED AGAINST

BY WAY OF A GRAND JURY INDICTMENT.

THE PROSECUTOR CHARGED ME BY WAY OF A "INFORMATION".

THE STATUTE UNDER WHICH I WAS CHARGED WAS UNCONSTITUTIONAL.

I WAS CHARGED WITH COMMITTING A STATE OFFENSE, IN A ########
"FEDERAL ENCLAVE".

THE TRIAL COURT LACKED JURISDICTION OVER MY PERSONAM.

THE (13) ORIGINAL COLONIES HAVE DECLARED AN ACT OF CONGRESS

TO BE UNCONSTITUTIONAL.

THE (13) ORIGINAL COLONIES HAVE DECLARED AN ACT OF KING GEORGE

TO BE UNCONSTITUTIONAL.

BRITISH LAW SUPERCEDES UNITED STATES LAW.

ENGLAND OWNS THE "STATES", THUS, I COULD NOT HAVE VIOLATED A

STATE LAW, AS NONE OF THE (50) STATES, ARE LEGALLY "STATES", THEY

ARE INSTEAD "COLONIES", AND TRIBUTARIES OF THE BRITISH EMPIRE.

ALL (50) STATES OF THE UNION ARE "PRIVATELY", AND CORPORATELY OWNED

BY THE BRITISH EMPIRE.

GROUNDS FOR RELIEF

PROPOSITION # 2

COURTS HAVE A DUTY TO ENFORCE CONSTITUTIONAL RIGHTS, M. VS. D. 457 U.S. 255;
THE UNITED STATES IS A DEPENDENCY/DEPENDENCE OF THE BRITISH EMPIRE,
P. VS. A.C.B.O.M.I. 296 U.S. 497; U.S. VS. M. 27 F. CAS. NO. 15,854;
THE "DEFECTS" IN THE DECLARATION OF INDEPENDENCE OF 7/4/1776 MAKE
IT UNCONSTITUTIONAL, WHICH IN TURN MAKE THE ENABLING ACTS OF THE (13)
ORIGINAL COLONIES "NULL & VOID".
ALSO, ENGLAND NEVER RECEDED IT'S CONTRACT WITH THE (13) ORIGINAL
COLONIES, ALLOWING THEM TO BECOME INDEPENDENT SOVEREIGNS.
FURTHERMORE THE DECLARATION OF INDEPENDENCE WAS NEVER "NOTARIZED", OR
ATTESTED TO UNDER THE PAIN, AND PENALTY OF PERJURY.
THE DECLARATION OF INDEPENDENCE "VOIDED" A "ROYAL CHARTER", AND A
EXPRESS CONTRACT WITH THE MOTHER COUNTRY (ENGLAND), WHICH UNDER THE
TERMS & CONDITIONS OF THE U.S. CONSTITUTION, IT CANNOT DO.
THE (13) ORIGINAL COLONIES ARE STILL "TRIBUTARIES" OF THE BRITISH
EMPIRE.
ENGLAND STILL OWNS THE UNITED STATES LOCK, STOCK, AND BARRELL.
UNDER THE LAW OF REDEMPTION, AND (DEBTOR CREDITOR), THE UNITED
STATES IS A DEBTOR, AND ENGLAND IS A CREDITOR.

PROPOSITION #3

## GROUNDS FOR RELIEF:

THE UNITED STATES CONSTITUTION, THE DECLARATION OF INDEPENDENCE, THE ACTS OF CONGRESS, THE ORGANIC ACTS, THE ENABLING ACTS, THE ROYAL CHARTERS OF ENGLAND, THE MAGNA CARTA OF ENGLAND, THE STATE CONSTITUTIONS, THE ARTICLES OF CONFEDERATION, THE UNIFORM COMMERCIAL CODE, THE UNITED STATES CODE ANNOTATED IS ALL CONTRACT, AND CONTRACT LAW.

"ALL LAW IS CONTRACT".


PER THE UNITED STATES CONSTITUTION, THE OBLIGATION OF CONTRACTS MAY NOT BE IMPAIRED.

## JURISDICTIONAL STATEMENT

THE DEPARTMENT OF CORRECTIONS HAS OUTLETS, AND BRANCH OFFICES IN ALL (50) STATES OF THE UNION.

MY CUSTODIAN IS AN AGENT OF THE DEPARTMENT OF CORRECTIONS IN THE FORUM STATE.

THE DEPARTMENT OF CORRECTIONS CONTRACTS ØTO DO BUSINESS IN ALL (50) STATES OF THE UNION.

THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS IS A AGENCY, AND OR SUB-AGENCY OF THE DEPARTMENT OF CORRECTIONS IN THE FORUM STATE.

MEMORANDA OF LAW IN SUPPORT

IN SUPPORT OF HIS CLAIM, PETITIONER DEANS INVOKES THE FOLLOWING;

THE LAW OF TENANCY IN COMMON, S.O.C. VS. N. 202 P. 2D 442;

THE LAW OF ADVERSE POSSESSION, S.O.C. VS. N. 125 P. 2D 512;

THE LAW OF LANDLORD & TENANT, C. VS. C. 97 P. 2D 945;

THE LAW OF TROVER & CONVERSION, T. VS. A.C.T.C.C. 143 KANSAS. 175;

A.B.A.C. VS. A. 232 ALABAMA. 519;

THE LAW OF CANCELLATION OF INSTRUMENTS, R. VS. B. 203 P. 2D 72;

D. VS. A.S.L.I.C. 213 KANSAS. 137;

THE LAW OF USE & OCCUPATION, C. VS. T. 35 GEORGIA 92; T. VS. B. 295 KENTUCKY 72;

THE LAW OF ACTION OF ASSUMPSIT, A. VS. A. 350 J.S. 532;

C. VS. J.S. 21 L. 2D 680;

THE LAW OF ACTIONS IN CONTRACT, A.C.C. VS. T. 117 P. 2D 905; A.E.C. VS. J.S. 303 P. 2D 347;

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: THE STATUTE UNDER WHICH I WAS CONVICTED/CONVICTED IS UNCONSTITUTIONAL.

Supporting FACTS (state *briefly* without citing cases or law)

(REFER TO THE ATTACHED MOTION FOR RELIEF)

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law):

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law):

(5)

AO 243 (Rev. 5/85)

    D. Ground four: _____

    Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐   No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein: WAYNE D. TANAKA
    (a) At preliminary hearing  2100 WEST LAKE CENTER TOWER
    1601 - 5TH AVENUE - SEATTLE, WA. 98101

    (b) At arraignment and plea   WAYNE D. TANAKA

    (c) At trial   WAYNE D. TANAKA

    (d) At sentencing   WAYNE D. TANAKA

(6)

AO 243 (Rev. 5/85)

    (e) On appeal __WAYNE D. TANAKA__

    (f) In any post-conviction proceeding __PRO-SE__
__IN PERSONA - PRO-PRIA__

    (g) On appeal from any adverse ruling in a post-conviction proceeding __PRO-SE__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__10/22/03__
(date)

_____
Signature of Movant

(7)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN ROBERT DEMOS,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Civil Action No. 03-12319-REK

## MEMORANDUM AND ORDER OF DISMISSAL

Petitioner John R. Demos, now incarcerated at Stafford Creek Correctional Center in Washington, filed his self-prepared Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 accompanied by an Application to Proceed Without Prepayment of Fees ("IFP Application").

A review of petitioner's litigation history in this district reveals that his IFP Application was denied in Demos v. Picard, C.A. No. 00-11195-REK because he was deemed to have had three strikes under 28 U.S.C. § 1915(g). Although the In Forma Pauperis statute states that "a prisoner [who] brings a civil action or files an appeal in forma pauperis ... shall be required to pay the full amount of a filing fee," 28 U.S.C. §1915(b)(1), the First Circuit has held that the Act "does not apply to habeas petitions prosecuted in federal courts by state prisoners" because Congress did not intend to include habeas actions under the "civil action" label. See Martin v. Bissonette, 118 F.3d 871, 874 (1st Cir. 1997). Because Petitioner appears unable to pay the cost of commencing this action, his IFP Application will be allowed.